IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-9-CAR-CHW |
| | : | |
| JAY CALHOUN, | : | |
| STACEY COLLINS, | : | |
| JOSHUA STIWINTER, | : | |
| JUSTIN CAPE, | : | |
| SONNI VICKERS, | : | |
| WILLIAM T. TURNEY, | : | |
| GARY LEE HENSON, | : | |
| SARAH SIMS, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER ON MOTION TO CONTINUE TRIAL**

Before the Court is the Government's Motion to Continue [Doc. 305] the trial of this case which was set to begin on December 5, 2022, in Athens, Georgia. On April 12, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendants with conspiracy to possess with intent to distribute methamphetamine and other drug-related crimes.

In the Motion, the Government represents that discovery in this case is voluminous and ongoing, and additional time is needed to allow the parties to fully review the discovery and develop and implement effective legal strategies. Having considered the matter, the Court finds it serves the ends of justice to grant the parties

1

adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation could result in a miscarriage of justice. Thus, the Government's Motion to Continue Trial [Doc. 305] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the January 23, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 21st day of December, 2022.

                                             s/ C. Ashley Royal
                                             C. ASHLEY ROYAL, SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT